| | |
|---|---|
| 1 | SPRINGER-SULLIVAN & ROBERTS LLP |
| | CASSIE SPRINGER-SULLIVAN  Bar No. 221506 |
| 2 | MICHELLE L. ROBERTS  Bar No. 239092 |
| | 410 – 12th Street, Suite 325 |
| 3 | Oakland, California 94607 |
| | Telephone: (510) 992-6130 |
| 4 | Facsimile: (510) 280-7564 |
| | mlr@ssrlawgroup.com |
| 5 | |
| | Attorneys for Plaintiff |
| 6 | Wendy Schramm |
| 7 | SEDGWICK, DETERT, MORAN & ARNOLD LLP |
| | BRUCE D. CELEBREZZE  Bar No. 102181 |
| 8 | DENNIS G. ROLSTAD  Bar No. 150006 |
| | ERIN A. CORNELL  Bar No. 227135 |
| 9 | One Market Plaza |
| | Steuart Tower, 8th Floor |
| 10 | San Francisco, California 94105 |
| | Telephone: (415) 781-7900 |
| 11 | Facsimile: (415) 781-2635 |
| | dennis.rolstad@sdma.com |
| 12 | |
| | Attorneys for Defendant |
| 13 | CNA Long Term Disability Program (erroneously sued |
| | herein as CNA Financial Corp. Insured Group Benefits Program) |
| 14 | |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WENDY SCHRAMM, | | CASE NO. C 09-03087 CW |
| Plaintiff, | | **STIPULATION AND ORDER ALLOWING DEFENDANT LEAVE TO FILE ITS FIRST AMENDED ANSWER TO PLAINTIFF'S COMPLAINT** |
| v. | | |
| CNA FINANCIAL CORP. INSURED GROUP BENEFITS PROGRAM, | | |
| Defendant. | | |

IT IS HEREBY STIPULATED by and between plaintiff Wendy Schramm and defendant CNA Long Term Disability Program, erroneously used herein as CNA Financial Corp. Insured Group Benefits Program ("the Plan"), through their counsel of record here, that the Plan be granted leave to amend the answer it filed in this action on August 31, 2009. A copy of the Plan's *proposed First Amended Answer to Plaintiff's Complaint* is attached hereto as Exhibit A.

| | |
|---|---|
| 1 | IT IS FURTHER STIPULATED that upon Defendant's filing of its First Amended |
| 2 | Answer, Plaintiff's Motion to Deem Specific Averments in the Complaint Admitted and to |
| 3 | Strike Portions of Defendant's Answer (Docket No. 9) will be moot, withdrawn, and the hearing |
| 4 | currently set for October 29, 2009 should be taken off calendar. |
| 5 | IT IS FURTHER STIPULATED that Plaintiff will file a separate Notice of Withdrawal |
| 6 | of her Motion upon Defendant's filing of its First Amended Answer in substantially the same |
| 7 | form as Exhibit A and within 5 days of the Court's grant of leave. |

DATED: October 2, 2009   SPRINGER-SULLIVAN & ROBERTS LLP

By: s/Michelle L. Roberts
 Michelle L. Roberts
 Attorneys for Plaintiff
 Wendy Schramm

DATED: October 2, 2009   SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: s/Erin A. Cornell
 Dennis G. Rolstad
 Erin A. Cornell
 Attorneys for Defendant
 CNA Long Term Disability Program (erroneously used herein as CNA Financial Corp. Insured Group Benefits Program)

**ORDER**

Pursuant to the parties' Stipulation, it is hereby ORDERED that defendant is permitted leave to file its First Amended Answer to Plaintiff's Complaint.

DATED: 10/6/09

*(signature)*

Honorable Claudia Wilken
United States District Judge