| | |
|---|---|
| 1 | SPRINGER-SULLIVAN & ROBERTS LLP |
| | MICHELLE L. ROBERTS  Bar No. 239092 |
| 2 | mlr@ssrlawgroup.com |
| | CASSIE SPRINGER-SULLIVAN  Bar No. 221506 |
| 3 | css@ssrlawgroup.com |
| | 410 – 12th Street, Suite 325 |
| 4 | Oakland, California 94607 |
| | Telephone: (510) 992-6130 |
| 5 | Facsimile: (510) 280-7564 |
| 6 | Attorneys for Plaintiff |
| | Wendy Schramm |
| 7 | |
| 8 | SEDGWICK, DETERT, MORAN & ARNOLD LLP |
| | BRUCE D. CELEBREZZE  Bar No. 102181 |
| 9 | bruce.celebrezze@sdma.com |
| | DENNIS G. ROLSTAD  Bar No. 150006 |
| 10 | dennis.rolstad@sdma.com |
| | ERIN A. CORNELL  Bar No. 227135 |
| 11 | erin.cornell@sdma.com |
| | One Market Plaza |
| 12 | Steuart Tower, 8th Floor |
| | San Francisco, California 94105 |
| 13 | Telephone: (415) 781-7900 |
| | Facsimile: (415) 781-2635 |
| 14 | |
| | Attorneys for Defendant |
| 15 | CNA Long Term Disability Program (erroneously sued herein |
| | as CNA Financial Corp. Insured Group Benefits Program) |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDY SCHRAMM | CASE NO. C 09-03087 CW |
| Plaintiff, | [PROPOSED] ORDER RE STIPULATION AND REQUEST TO ALLOW TELEPHONIC APPEARANCE AT MEDIATION FOR DEFENDANT CNA LONG TERM DISABILITY PROGRAM |
| v. | |
| CNA FINANCIAL CORP. INSURED GROUP BENEFITS PROGRAM | |
| Defendant. | MEDIATION DATE: NOVEMBER 19, 2009 |
| | TIME:         9:00 A.M. |
| | LOCATION:  U.S. DISTRICT COURT |
| | 450 GOLDEN GATE AVE. |
| | SAN FRANCISCO, CA. |
| | ADR MAGISTRATE JUDGE: |
| | ELIZABETH D. LAPORTE |

-1-   CASE NO. C 09-03087 CW
[PROPOSED] ORDER RE STIPULATION AND REQUEST FOR TELEPHONIC APPEARANCE AT MEDIATION

1   In accordance with the Stipulation and Request to Allow Telephonic Appearance at
2   Mediation for Defendant CNA Long Term Disability Program, and good cause appearing
3   therefore, IT IS ORDERED that defendant CNA Long Term Disability Program shall appear at
4   the November 19, 2009 mediation in this matter via the telephonic appearance of its insurer
5   representative, Eric Palmquist.

7   Dated: October 23, 2009          *Elijah D. Laporte* (signature)
                                     _____
                                     Magistrate Judge Elizabeth D. Laporte