1 SPRINGER-SULLIVAN & ROBERTS LLP
MICHELLE L. ROBERTS  Bar No. 239092
2 mlr@ssrlawgroup.com
CASSIE SPRINGER-SULLIVAN  Bar No. 221506
3 css@ssrlawgroup.com
410 – 12th Street, Suite 325
4 Oakland, California 94607
Telephone: (510) 992-6130
5 Facsimile: (510) 280-7564

6 Attorneys for Plaintiff
Wendy Schramm
7
SEDGWICK, DETERT, MORAN & ARNOLD LLP
8 BRUCE D. CELEBREZZE  Bar No. 102181
bruce.celebrezze@sdma.com
9 DENNIS G. ROLSTAD  Bar No. 150006
dennis.rolstad@sdma.com
10 ERIN A. CORNELL  Bar No. 227135
erin.cornell@sdma.com
11 One Market Plaza
Steuart Tower, 8th Floor
12 San Francisco, California 94105
Telephone: (415) 781-7900
13 Facsimile: (415) 781-2635

14 Attorneys for Defendant
CNA Long Term Disability Program (erroneously sued herein as
15 CNA Financial Corp. Insured Group Benefits Program)

16                UNITED STATES DISTRICT COURT

17                NORTHERN DISTRICT OF CALIFORNIA

| 18 WENDY SCHRAMM, | CASE NO. C 09-03087 CW |
|---|---|
| 19       Plaintiff, | **SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT AND ORDER** |
| 20       v. | |
| 21 CNA FINANCIAL CORP. INSURED GROUP BENEFITS PROGRAM, | |
| 22       Defendant. | |

24     Plaintiff Wendy Schramm ("Plaintiff") and defendant CNA Long Term Disability

25 Program, erroneously sued herein as CNA Financial Corp. Insured Group Plan, an ERISA long

26 term disability plan under which claims were administered and benefits were insured by Hartford

27 Life and Accident Insurance Company ("the Plan"), by and through their respective counsel of

28 record, hereby submit this Supplemental Joint Case Management Statement.

| | | |
|---|---|---|
| 1 | | Following the Case Management Conference on October 13, 2009, the parties |
| 2 | | participated in further discussions regarding the legal issues to be presented to the Court. |
| 3 | | Pursuant to these discussions, the parties hereby stipulate and agree that the ERISA standard of |
| 4 | | review that the Court should apply to this case is the *de novo* standard of review. The parties |
| 5 | | hereby agree that, should there be an appeal of the Court's decision on Plaintiff's claim for |
| 6 | | benefits, neither party shall argue on appeal that any standard of review other than the *de novo* |
| 7 | | standard of review should have been applied in this case. This agreement does not affect any |
| 8 | | other case and is not a waiver of any rights to seek or assert in any other case that discretionary |
| 9 | | review is the appropriate standard. |
| 10 | DATED: January 11, 2010 | SPRINGER-SULLIVAN & ROBERTS LLP |
| 11 | | |
| 12 | | By: s/Michelle L. Roberts |
| 13 | | Michelle L. Roberts<br>Cassie Springer-Sullivan |
| 14 | | Attorneys for Plaintiff<br>Wendy Schramm |
| 15 | | |
| 16 | DATED: January 11, 2010 | SEDGWICK, DETERT, MORAN & ARNOLD LLP |
| 17 | | |
| 18 | | By: s/Dennis G. Rolstad |
| 19 | | Dennis G. Rolstad<br>Erin A. Cornell |
| 20 | | Attorneys for Defendant<br>CNA Long Term Disability Program (erroneously sued |
| 21 | | herein as CNA Financial Corp. Insured Group Benefits Program) |
| 22 | | |
| 23 | | I hereby attest that I have on file all holograph signatures for any signatures indicated by |
| 24 | | a "conformed" signature (/s/) within this e-filed document. |
| 25 | | s/Dennis G. Rolstad |
| 26 | | Dennis G. Rolstad |
| 27 | | |
| 28 | | |

1 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2 This Court will apply the ERISA *de novo* standard of review to this matter.

4 Dated: __1/14/10_____

*[Signature: Claudia Wilken]*

Hon. Claudia Wilken
U.S. District Court Judge