SPRINGER-SULLIVAN & ROBERTS LLP
MICHELLE L. ROBERTS  Bar No. 239092
mlr@ssrlawgroup.com
CASSIE SPRINGER-SULLIVAN  Bar No. 221506
css@ssrlawgroup.com
410 – 12th Street, Suite 325
Oakland, California 94607
Telephone: (510) 992-6130
Facsimile: (510) 280-7564

Attorneys for Plaintiff
Wendy Schramm


SEDGWICK, DETERT, MORAN & ARNOLD LLP
BRUCE D. CELEBREZZE  Bar No. 102181
bruce.celebrezze@sdma.com
DENNIS G. ROLSTAD  Bar No. 150006
dennis.rolstad@sdma.com
ERIN A. CORNELL  Bar No. 227135
erin.cornell@sdma.com
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Defendant
CNA Long Term Disability Program (erroneously
sued herein as CNA Financial Corp. Insured Group
Benefits Program)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDY SCHRAMM,<br><br>    Plaintiff,<br><br>    v.<br><br>CNA FINANCIAL CORP. INSURED GROUP BENEFITS PROGRAM,<br><br>    Defendant. | CASE NO. C 09-03087 CW<br><br>**STIPULATION AND [PROPOSED] FORM OF JUDGMENT** |

Plaintiff Wendy Schramm ("Schramm") and defendant CNA Long Term Disability Program, erroneously sued herein as CNA Financial Corp. Insured Group Benefits Program (the "Plan") (collectively "the parties"), have been directed by the Court, pursuant to an Order of June 14, 2010 (Doc. No. 42), to meet and confer regarding a proposed form of judgment.

The parties have met and conferred and have agreed upon a form of proposed judgment, attached hereto as Exhibit A, based upon the following:

1. The Court has determined that Schramm qualifies for continued long term disability benefits under the Plan, which will be paid so long as Schramm continues to meet all terms and conditions of the Plan.

2. The Court has further ordered that Schramm is entitled to an award of long term disability benefits from May 1, 2008 through the entry of judgment.

3. The Court has further ordered that Schramm is entitled to pre-judgment interest equal to that which would have accrued if she had invested her benefits at a rate equal to the weekly average one-year constant maturity Treasury yield on the date the benefits were due to her, and then reinvested the proceeds annually at a rate equal to the weekly average one-year constant maturity Treasury yield at the time of the reinvestment, up to the date on which the Plan satisfies the judgment.

4. The Court has further ordered that Schramm is entitled to reinstatement of her waiver of life insurance premium claim benefits under the Plan, which will be in effect so long as Schramm continues to meet all terms and conditions of the Plan.

5. The Court has further ordered that Schramm is entitled to seek an award of attorneys' fees pursuant to 29 U.S.C. section 1132(g)(1).

6. In light of the Court's Order of June 14, 2010, the Plan agrees to pay and Schramm agrees to accept a lump sum payment of $69,680.53, in full satisfaction of long term disability benefits paid to Schramm from May 1, 2008 through July 31, 2010, attorneys' fees and costs incurred in this action. all interest of any sort on the long term disability benefits from May 1, 2008 through July 31, 2010, attorneys' fees and costs, and all other sums payable through July 31, 2010.

7. The Plan further agrees to resume payment of Schramm's monthly long term disability benefits effective August, 2010 and to continue to pay her long term disability benefits, so long as Schramm continues to meet all terms and conditions of the Plan.

8. The Plan further agrees to reinstate Schramm's waiver of life insurance premium benefit, so long as she continues to meet all terms and conditions of the Plan, effective with entry of judgment.

9. Payment of the sum set forth in paragraph 6 of this Stipulation constitutes full payment for any and all long term disability benefits, attorneys' fees, costs, and interest thereon, through July 31, 2010, and neither party will further prosecute any claims asserted in the complaint in this action or seek to increase or reduce liability for long term disability benefits, costs, attorneys' fees, or interest thereon, incurred for any period through July 31, 2010.

Based upon the foregoing, the parties hereby STIPULATE AND AGREE that judgment shall be entered in the form attached hereto as Exhibit A.

IT IS SO STIPULATED.

DATED: June 28, 2010   SPRINGER-SULLIVAN & ROBERTS LLP

By: _____
Cassie Springer-Sullivan
Michelle L. Roberts
Attorneys for Plaintiff
Wendy Schramm

DATED: June 28, 2010   SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: _____
Dennis G. Rolstad
Erin A. Cornell
Attorneys for Defendant
CNA Long Term Disability Program (erroneously sued herein as CNA Financial Corp. Insured Group Benefits Program)

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Claudia Wilken]

# EXHIBIT A

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDY SCHRAMM,<br><br>  Plaintiff,<br><br>  v.<br><br>CNA FINANCIAL CORP. INSURED GROUP BENEFITS PROGRAM,<br><br>  Defendant. | CASE NO. C 09-03087 CW<br><br>**JUDGMENT** |

Pursuant to the Court's Order of June 14, 2010 and the Stipulation between the parties dated June 28, 2010, judgment is hereby entered in favor of plaintiff Wendy Schramm ("Schramm") and against defendant CNA Long Term Disability Program ("Plan"), erroneously sued herein as CNA Financial Corp. Insured Group Benefits Program. The Plan shall pay Schramm and her counsel the lump sum of $69,680.53, in full satisfaction of all long term disability benefits owed to Schramm from May 1, 2008 through July 31, 2010, satisfaction of any and all attorneys' fees and costs incurred in this action, satisfaction of all interest of any sort accruing from May 1, 2008 through July 31, 2010, and satisfaction of all other sums payable through July 31, 2010.

The Plan shall further resume payment of Schramm's monthly long term disability benefits effective August, 2010, and continue to pay her long term disability benefits so long as

1  she continues to meet all terms and conditions of the Plan.  The Plan shall also reinstate
2  Schramm's waiver of life insurance premium benefit, so long as she continues to meet all terms
3  and conditions of the Plan, effective with entry of judgment.
4      IT IS SO ORDERED.

6  DATED:

8                      HONORABLE CLAUDIA WILKEN
                      UNITED STATES DISTRICT JUDGE